THE CENTRAL RAILROAD AND BANKING CO. *v.* COLEMAN.

The pendency of a former action in the same court for the same cause is matter for trial on a plea in abatement, and not for a motion to dismiss; the pendency of the former action not appearing on the face of the declaration. *Killen* v. *Compton,* 57 *Ga.* 63; *Kennon* v. *Petty,* 59 *Ga.* 175.    *Judgment affirmed.*
February 1, 1892.

Abatement.    Pleading and practice.    Before Judge HARRIS.    Coweta superior court.    March term, 1891.

In August, 1889, Mrs. Coleman filed her suit against the Central Railroad and Banking Company and the Savannah, Griffin and North Alabama Railroad Company for the homicide of her son, and in January, 1891, also filed her suit against the Central Railroad and Banking Company for his homicide.    At the appearance term of the last mentioned cause, having previously filed a plea in abatement setting up the pendency of the two suits for the same cause of action, the defend-

ant moved to dismiss the case on the ground that, before the filing of the suit and at the time of making the motion to dismiss, the plaintiff was prosecuting the other suit against the defendant for the same cause of action. This motion was overruled upon the ground that the case did not stand for trial at the term at which the motion was made, and to this ruling the defendant excepted.

A. D. Freeman, Atkinson & Hall and J. T. Pendleton, for plaintiff in error.

P. F. Smith and P. H. Brewster, contra.